HELENA JORDAN, SBN: 326840
BAY AREA LEGAL AID
1735 Telegraph Ave.
Oakland, CA 94612
Phone: (510) 250-5227
Fax: (510) 663-4740
E-mail: hjordan@baylegal.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHILA MODI,<br>　　　Plaintiff,<br>　v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner of Social Security,<br><br>　　　Defendant | Case No. 4:21-cv-02600-DMR<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　　The parties hereto, by and through their undersigned attorneys, hereby stipulate that Plaintiff, Shila Modi, shall have an additional 59-days, until December 17, 2021, in which to file and serve a motion for summary judgment in this action. This is the first stipulation for extended time requested by Plaintiff in this matter.  This is necessary due to a high workload and to allow Plaintiff sufficient time to review the record and draft the motion.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

Respectfully Submitted,

Dated:   October 8, 2021

By: /s/
Helena Jordan
Attorney for Plaintiff

Dated:  October 8, 2021

By: /s/            (as authorized via email on 10/06/2021)
Marcello Illarmo
Special Assistant United States Attorney

ORDER:

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:   October 12, 2021

By: _____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Donna M. Ryu
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME FOR FILING
MOTION FOR SUMMARY JUDGMENT -4:21-cv-02600-DMR